UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    STEVEN G. BORTNER                                      Case No.: 1-13-04763-HWV
    CINDY A. BORTNER                                      Chapter 13
                Debtor(s)

### AMENDED NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BANK OF AMERICA |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 4116 |
| Property Address if applicable: | 10 SACREMENTO COURT, HANOVER, PA  17331 |

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $620.52 |
| b. | Prepetition arrearages paid by the Trustee: | $620.52 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $620.52 |

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 22, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    CINDY A. BORTNER                        Case No.: 1-13-04763-HWV
    CINDY A. BORTNER                        Chapter 13
                Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on May 22, 2018.

CINDY A. BORTNER
CINDY A. BORTNER
10 SACREMENTO COURT
HANOVER, PA  17331

BANK OF AMERICA, N.A.
MAIL STOP: CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA,  93065

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA,  17111-

Date: May 22, 2018                                s/   Donna Schott
                                                      Charles J. DeHart, III, Trustee
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Drive
                                                      Hummelstown, PA  17036
                                                      Phone: (717) 566-6097
                                                      Fax: (717) 566-8313
                                                      eMail: dehartstaff@pamd13trustee.com