```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 13-04763-HWV
Steven G. Bortner                                                       Chapter 13
Cindy A. Bortner
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner              Page 1 of 2           Date Rcvd: Jun 05, 2018
                             Form ID: 3180W             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db/jdb        +Steven G. Bortner,    Cindy A. Bortner,    10 Sacremento Court,    Hanover, PA 17331-7787
cr            +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
cr            +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                Harrisburg, PA 17120-0001
4376889        CAPITAL ONE,   CENTRAL CUSTOMER ASSISTANCE TM,    POST OFFICE BOX 3180,
                PITTSBURGH, PA 15230-3180
4376891       +DYH BUSINESS BROKERS INC,    C/O KATHERMAN HEIM & PERRY,    345 EAST MARKET STREET,
                YORK, PA 17403-5614
4376894        LEAF FINANCIAL CORP,    POST OFFICE BOX 643172,    CINCINNATI, OH 45264-3172
4376896       +MCCABE WEISBERG & CONWAY PC,    123 S BROAD STREET,    SUITE 2080,   PHILADELPHIA, PA 19109-1031
4376898        PA DEPT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280431,   HARRISBURG,, PA 17128-0431
4376899        PACAR FINANCIAL CORP,    POST OFFICE BOX 642945,    PITTSBURGH, PA 15264-2945
4376900        SANTA BARBARA BANK & TRUST,    LEASING DIVISION,    POST OFFICE BOX 60607,
                SANTA BARBARA, CA 93160-0607
4376902       +TOWN & COUNTRY LEASING LLC,    POST OFFICE BOX 329,    EAST PETERSBURG, PA 17520-0329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: camanagement@mtb.com Jun 05 2018 19:09:18     M&T Bank,   1100 Wehrle Drive,
                Williamsville, NY 14221
4376887        EDI: BANKAMER.COM Jun 05 2018 23:08:00     BANK OF AMERICA,    PO BOX 982235,
                EL PASO, TX 79998
4376888        EDI: BANKAMER.COM Jun 05 2018 23:08:00     BANK OF AMERICA, N.A.,    4161 PIEDMONT PKWY,
                GREENSBORO, NC 27410
4461916        EDI: BANKAMER.COM Jun 05 2018 23:08:00     Bank of America, N.A.,    450 American St.,
                Simi Valley, CA 93065-6285
4376890       +E-mail/Text: jstiller@clevelandbrothers.com Jun 05 2018 19:09:21
                CLEVELAND BROTHERS EQUIPMENT CO INC,    4565 WILLIAM PENN HIGHWAY,    MURRYSVILLE, PA 15668-2016
4376892       +EDI: USBANKARS.COM Jun 05 2018 23:13:00     ELAN FIN SERVICE,    POST OFFICE BOX 108,
                SAINT LOUIS, MO 63166-0108
4376893        EDI: IRS.COM Jun 05 2018 23:13:00     INTERNAL REVENUE SERVICE,    POST OFFICE BOX 7346,
                PHILADELPHIA, PA 19101-7346
4376895        E-mail/Text: camanagement@mtb.com Jun 05 2018 19:09:18     M & T BANK,   ONE FOUNTAIN PL/3RD FL,
                BUFFALO, NY 14203
4425011        E-mail/Text: camanagement@mtb.com Jun 05 2018 19:09:18     M & T Bank,   P.O. Box 1288,
                Buffalo, New York 14240-1288
4464817        E-mail/Text: camanagement@mtb.com Jun 05 2018 19:09:18     M&T Bank,   (Trustee Payments),
                P.O Box 1288,   Buffalo, NY 14240-1288
4395037        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2018 19:09:23
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4385870        EDI: RECOVERYCORP.COM Jun 05 2018 23:13:00     Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4391710        EDI: USBANKARS.COM Jun 05 2018 23:13:00     ELAN FINANCIAL SERVICES,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229
4376903       +EDI: WFFC.COM Jun 05 2018 23:13:00     WELLS FARGO EQUIPMENT FINANCE,    733 MARQUETTE AVENUE,
                SUITE 700,   MINNEAPOLIS, MN 55402-2340
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4376897       ##NATIONAL PENN LEASING COMPANY,    POST OFFICE BOX 637,   READING & PHILADELPHIA AVENUES,
                BOYERTOWN, PA 19512-0637
4376901       ##+SUSQUEHANNA BANK PA,    13511 LABEL LN,   HAGERSTOWN, MD 21740-2466
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:

```
          Ann E. Swartz    on behalf of Creditor   M & T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor   M&T Bank ASwartz@mwc-law.com, ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor   M&T BANK ASwartz@mwc-law.com, ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor   M & T Bank ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Gary J Imblum    on behalf of Debtor 2 Cindy A. Bortner gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum    on behalf of Debtor 1 Steven G. Bortner gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicole Bernadette LaBletta    on behalf of Creditor   Bank of America, N.A.
           nlabletta@pincuslaw.com, tbougouneau@pincuslaw.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Steven C Gould    on behalf of Creditor   PA Department of Revenue sgould@attorneygeneral.gov,
           dbiller@attorneygeneral.gov
          Stuart  Winneg    on behalf of Creditor   Bank of America, N.A. swinneg@udren.com,
           cblack@udren.com
          Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 15
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Steven G. Bortner** | Social Security number or ITIN xxx–xx–6732 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cindy A. Bortner** | Social Security number or ITIN xxx–xx–1132 |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:13–bk–04763–HWV** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven G. Bortner  
aka Steven Glenn Bortner

Cindy A. Bortner  
aka Cindy Ann Bortner, fka Cindy A. Baer

June 5, 2018

**By the court:**  
_/s/ Henry W. Van Eck_

Honorable Henry W. Van Eck  
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                   **Chapter 13 Discharge**                   page 1

Case 1:13-bk-04763-HWV    Doc 111    Filed 06/07/18    Entered 06/08/18 00:48:06    Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**